UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No.: 1:26-cv-06041-KES-EGC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO OBEY COURT ORDERS, FAILURE TO PROSECUTE, AND AS DUPLICATIVE

Docs. 11

Plaintiff Patrick A. Cannavan is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this action for plaintiff's failure to obey court orders and failure to prosecute, and as duplicative of an earlier action. Doc. 11. Any objections were to be filed within 14 days. *Id*. at 6-7. On September 17 and September 23, 2026, plaintiff filed objections. Docs. 12, 13. In his objections, plaintiff fails to meaningfully address the findings and recommendations and fails to show why this action is not duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this

case. Having carefully reviewed the file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 11, 2026, Doc. 11, are ADOPTED in full.
2. This action is DISMISSED for plaintiff's failure to obey court orders and failure to prosecute, and as duplicative of his earlier filed action.
3. The Clerk of the Court is directed to terminate any pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE